LAKE COUNTY BAR ASSOCIATION *v.* BAXTER.

[Cite as Lake Cty. Bar Assn. *v.* Baxter (1983), 4 Ohio St. 3d 82.]

(D.D. No. 82-30—Decided April 6, 1983.)

*Mr. James N. Krivok* and *Mr. J. Melvin Andrews,* for relator.

*Mr. David P. Freed,* for respondent.

*Per Curiam.* Upon a review of all of the facts and circumstances as presented to the Board of Commissioners on Grievances and Discipline, this court finds that respondent has violated DR 1-102(A)(4) and (6), and concurs with the recommendation of the board.

It is the judgment of this court that respondent be indefinitely suspended from the practice of law.

*Judgment accordingly.*

CELEBREZZE, C.J., W. BROWN, SWEENEY, WEBER, HOLMES, C. BROWN and J. P. CELEBREZZE, JJ., concur.

WEBER, J., of the Second Appellate District, sitting for LOCHER, J.